# Third District Court of Appeal

## State of Florida

Opinion filed August 9, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-2127
Lower Tribunal No. 20-81-A-K

_____

**Bryce Oliphant,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Monroe County, Mark H. Jones, Judge.

Bryce Oliphant, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.